JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JAMES EDWARD C.,

       Plaintiff,

  v.

NANCY A. BERRYHILL, Acting

Commissioner of Social Security,[1]

       Defendant.

Case No.  8:18-cv-01285-KES

**JUDGMENT**

    IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is reversed and this matter is remanded for further proceedings consistent with the Opinion.

DATED:  April 11, 2019

_Karen E. Scott_
_____
KAREN E. SCOTT
United States Magistrate Judge

---

[1] Effective November 17, 2017, Ms. Berryhill's new title is "Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security."